ABRAHAM GERBMAN, an Infant, Appellant, v. THE CITY OF NEW YORK, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.; Smith, J., dissented.

JAMES L. ADAMS, as Receiver of the DOMINION TRUST COMPANY OF PITTSBURGH, PA., Appellant, v. THE INTEROCEAN OIL COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer and to reply on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

FREDERICKA VERSTONDEG, Appellant, v. LUDWIG BECK and Another, Respondents. (2 cases.) — Judgments and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ANTHONY GALELLA, Respondent, v. ADRIAN T. LeBLANC, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.; Clarke, P. J., and Shearn, J., dissented.

JENNIE SKILLON, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

PAUL G. GRAVENHORST, as Executor, etc., of EDGAR A. REINCKE, Deceased, Substituted Plaintiff, etc., Respondent, v. THE TEXAS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

LOUIS FEIGELMAN and THEODORE STRUHL, Copartners, etc., Respondents, v. RAY AMUSEMENT COMPANY, INC., a Domestic Corporation, and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

RACHEL GREENBERG, Respondent, v. SOLOMON H. SCHLANGER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Clarke, P. J., and Dowling, J., dissented on the ground that the finding of the defendant's negligence and the plaintiff's freedom from contributory negligence is against the weight of evidence.

HELEN GERTRUDE HART, Respondent, v. ALBERT JOHN HART, Appellant.— Judgment modified by reducing the alimony to sixty dollars a week, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HELLEN BARRETT, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event on the ground that the finding of defendant's negligence is against the weight of evidence. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

PHILIP CROWN, Appellant, v. H. M. GOLDSTEIN COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements.